---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Life Insurance Company of North America**
CT Corporation
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: The Corporation Company  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): The Corporation Company   C. Date of Delivery: 6/11/07
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

2:07cv486

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 1680 0001 9818 2567

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Cigna Corporation**
CT Corporation
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X The Corporation Company  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): The Corporation Company   C. Date of Delivery: 6/11/07
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

2:07cv486

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 1680 0001 9818 2543

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Cigna Holdings Inc.**
CT Corporation
2000 Interstate Park Drive, Suite 2
Montgomery, AL 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X The Corporation Company  Agent  ☐ Addressee
B. Received by: The Corporation Company   C. Date of Delivery: 6/11/07
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

2:07cv486

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 1680 0001 9818 2550

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540