
**CT**
a Wolters Kluwer business

CT
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109

334 387 7680 tel
334 387 7682 fax
www.ctlegalsolutions.com

RECEIVED

2007 JUN 13 A 9: 19



**COPY**

June 12, 2007

Thomas O. Sinclair
Campbell, Waller & Poer, L.L.C.
2100 A Southbridge Parkway,
Ste. 450,
Birmingham, AL 35209

Re: Cathy Cleiland, Pltf. vs. Life Insurance Company of North America, et al. including CIGNA Corporation, Dfts.
Case No. 2:07 CV 486

Dear Sir/Madam:

We are herewith returning the Summons, Return Form, Service List which we received regarding the above captioned matter.

CIGNA Corporation is not listed on our records or on the records of the State of AL.

Very truly yours,

Shannon Robertson

Log# 512303810

Fed Ex Tracking # 7991 5651 5279

cc: US District Court Middle District Northern Division
    Debra P. Hackett, Clerk,
    Frank M. Johnson, Jr.,,
    US Courthouse Complex,
    One Church Street/ PO Box 711,
    Montgomery, AL 36101

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

CATHY CLEILAND,

V.

LIFE INSURANCE COMPANY OF NORTH AMERCA, et al.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

2:07CV486-MEF

TO: (Name and address of Defendant)

CIGNA Corporation
CT Corporation
2000 Interstate Park Drive, Suite 204
Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas O. Sinclair, Esquire
Jenifer Champ Wallis, Esquire
Campbell, Waller & Poer, L.L.C.
2100-A SouthBridge Parkway, Suite 450
Birmingham, AL 35209

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

6/4/2007  6/8/07

DATE

9818 2543



017H15504351
HASLER
$5.56
06/01/2007
Mailed From 35209
US POSTAGE

# FIRST CLASS MAIL

**Cigna Corporation**
CT Corporation
2000 Interstate Park Drive, Suite 204
Montgomery, AL  36109

