**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *John Dyson*   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
John Grissom   6/1/97

different from item 1?  ☐ Yes
ry address below:   ☐ No

2:07cv486

**Temple-Inland Disability Health & Welfare Plan**
Temple-Inland Inc. Benefits Administration Committee
Temple-Inland Forest Products Corporation
P.O. Drawer N
303 South Temple Drive
Diboll, TX 75941

☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7003 1680 0001 9818 2574

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *John Dyson*   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
John Grissom   6/1/07

rent from item 1?  ☐ Yes
ddress below:   ☐ No

07cv486

**Temple-Inland**
Temple-Inland Inc. Benefits Administration Committee
Temple-Inland Forest Products Corporation
P.O. Drawer N
303 South Temple Drive
Diboll, TX 75941

☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7003 1680 0001 9818 2581

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540