IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CATHY CLEILAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:07-CV-00486-MEF-SRW |
| LIFE INSURANCE COMPANY OF NORTH ) | |
| AMERICA, CIGNA CORPORATION, ) | |
| CIGNA HOLDINGS, TEMPLE-INLAND ) | |
| DISABILITY HEALTH AND WELFARE ) | |
| PLAN, and TEMPLE INLAND FOREST ) | |
| PRODUCTS CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION TO EXTEND TIME
TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

**COME NOW** Defendants Life Insurance Company of North America, CIGNA Corporation, CIGNA Holdings[1], Temple-Inland Disability Health and Welfare Plan, and Temple Inland Forest Products Corporation (collectively "Defendants"), by and through their undersigned counsel, and respectfully request an additional fourteen (14) days to file responsive pleadings to Plaintiff's Complaint. Defendants' motion is due to be granted for the following reasons:

1. Plaintiff filed her Complaint in the Middle District of Alabama against Defendants on June 4, 2007. The Court issued the Summons and Complaint to all Defendants on June 8, 2007 and the Court's records reflect service as to each Defendant on June 11, 2007. The undersigned counsel were recently retained by Defendants and need additional time to file their responsive pleadings.

---

[1] Defendants CIGNA Corporation and CIGNA Holdings appear specially for purposes of this motion and without consent to jurisdiction or waiver of its Fed. R. Civ. P. 12(b) defenses, including without limitation, lack of subject matter jurisdiction, personal jurisdiction, improper venue, and improper service and failure to state a claim upon which relief can be granted.

2.	Plaintiff's counsel has expressly consented to the undersigned counsel's request for an additional fourteen (14) days, until Monday, July 16, 2007, for Defendants to file their responsive pleadings. No prejudice will result to any party from the granting of this request for an extension.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request an additional fourteen (14) days, until July 16, 2007 for Defendants to file their responsive pleadings in the above-referenced lawsuit.

s/ Grace R. Murphy
William B. Wahlheim, Jr.
John David Collins
Grace Robinson Murphy
Attorneys for Defendants
Life Insurance Company of North America,
CIGNA Corporation, CIGNA Holdings,
Temple-Inland Disability Health and
Welfare Plan and Temple Inland Forest
Products Corporation

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203-2602
(205) 254-1000

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 28, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Jennifer Champ Wallis and Thomas O. Sinclair, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    [none]


                                              s/ Grace R. Murphy_____
                                              OF COUNSEL