IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CATHY CLEILAND, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 2:07-cv-486-MEF |
| | ) |
| LIFE INSURANCE COMPANY OF | ) |
| NORTH AMERICA, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

Upon consideration of the defendants' Consent Motion to Extend Time to File Responsive Pleading to Plaintiff's Complaint (Doc. #6) on June 28, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this 29th day of June, 2007.

                                                /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE