**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **CATHY CLEILAND,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO.** |
| ) | **2:07-CV-00486-MEF-SRW** |
| **LIFE INSURANCE COMPANY OF NORTH** ) | |
| **AMERICA, CIGNA CORPORATION,** ) | |
| **CIGNA HOLDINGS, TEMPLE-INLAND** ) | |
| **DISABILITY HEALTH AND WELFARE** ) | |
| **PLAN, and TEMPLE INLAND FOREST** ) | |
| **PRODUCTS CORPORATION,** ) | |
| ) | |
| Defendants. ) | |

**LIFE INSURANCE COMPANY OF NORTH AMERICA'S**
**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Life Insurance Company of North America, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities and their relationship to the party are hereby reported:

Defendant Life Insurance Company of North America hereby gives notice that it is a 100% wholly owned subsidiary of Connecticut General Corporation. Connecticut General Corporation is a 100% wholly owned subsidiary of Cigna Holdings Inc. Cigna Holdings Inc. is a 100% wholly owned subsidiary of Cigna Corporation. Cigna Corporation is the only publicly traded company.

Respectfully submitted this 10th day of July, 2007.

s/ Grace R. Murphy
William B. Wahlheim, Jr.
John David Collins
Grace Robinson Murphy
Attorneys for Defendant,
Life Insurance Company of North America

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 10, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Jennifer Champ Wallis and Thomas O. Sinclair, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

   [none]

                                 _s/ Grace R. Murphy__
                                 OF COUNSEL