IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CATHY CLEILAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. |
| LIFE INSURANCE COMPANY OF NORTH ) | 2:07-CV-00486-MEF-SRW |
| AMERICA, CIGNA CORPORATION, ) | |
| CIGNA HOLDINGS, TEMPLE-INLAND ) | |
| DISABILITY HEALTH AND WELFARE ) | |
| PLAN, and TEMPLE INLAND FOREST ) | |
| PRODUCTS CORPORATION, ) | |
| ) | |
| Defendants. ) | |

### TEMPLE-INLAND DISABILITY HEALTH AND WELFARE PLAN AND TEMPLE INLAND FOREST PRODUCTS CORPORATION'S CONFLICT DISCLOSURE STATEMENT

COME NOW Temple-Inland Disability Health and Welfare Plan and Temple Inland Forest Products Corporation, Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

There are no entities to be reported on behalf of Temple-Inland Disability Health and Welfare Plan. The following entities and their relationship to the party are hereby reported on behalf of Temple Inland Forest Products Corporation:

Guaranty Financial Services and Forestar Real Estate Group are wholly owned subsidiaries of Temple Inland Forest Products Corporation.

Respectfully submitted this 11th day of July, 2007.

        s/ Grace R. Murphy_____
William B. Wahlheim, Jr.
John David Collins
Grace Robinson Murphy
Attorneys for Defendants,
Temple-Inland Disability Health and Welfare Plan
and Temple Inland Forest Products Corporation

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 11, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Jennifer Champ Wallis and Thomas O. Sinclair, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    [none]


                                   _s/ Grace R. Murphy__
                                   OF COUNSEL