**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| CATHY CLEILAND; | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: |
| | ) | 2:07-CV-00486-MEF-SRW |
| LIFE INSURANCE COMPANY OF | ) | |
| NORTH AMERICA; | ) | |
| CIGNA CORPORATION; | ) | |
| CIGNA HOLDINGS; | ) | |
| TEMPLE-INLAND DISABILITY HEALTH | ) | |
| AND WELFARE PLAN; and | ) | |
| TEMPLE INLAND FOREST PRODUCTS | ) | |
| CORPORATION; | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS**
**CIGNA CORPORATION; AND CIGNA HOLDINGS PURSUANT**
**TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)**

COMES NOW the Plaintiff, Cathy Cleiland, and files this her notice of voluntary

dismissal without prejudice of those claims as set forth in the Complaint against the Defendant

CIGNA Corporation and the Defendant CIGNA Holdings.  This notice does not affect her claims

against the remaining defendants.

<div style="margin-left:50%">

Respectfully submitted,
/s/ Thomas O. Sinclair
Thomas O. Sinclair
One of the Attorneys for Plaintiff

</div>

OF COUNSEL:
Thomas O. Sinclair (SIN018)
Jenifer Champ Wallis (WAL191)
CAMPBELL, GIDIERE, LEE, SINCLAIR & WILLIAMS, L.L.C.
2100-A SouthBridge Parkway, Suite 450
Birmingham, AL 35209
(205).803-0051
Fax:  (205).803-0053

## CERTIFICATE OF SERVICE

I hereby certify that on 20th day of July, 2007 I electronically filed the foregoing pleading with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Life Insurance**
**Company of North America**
Grace Robinson Murphy
William B. Wahlheim, Jr.
John David Collins
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL  35203-2602

And I certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**Cigna Corporation**
CT Corporation
2000 Interstate Park Drive, Suite 204
Montgomery, AL  36109

**Cigna Holdings Inc.**
CT Corporation
2000 Interstate Park Drive, Suite 204
Montgomery, AL  36109

/s/Thomas O. Sinclair
Of Counsel