**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| CATHY CLEILAND;                )<br>                                             )<br>     Plaintiff,                          )<br>                                             )<br>v.                                          )<br>                                             )<br>LIFE INSURANCE COMPANY OF  )<br>NORTH AMERICA;                    )<br>TEMPLE-INLAND DISABILITY HEALTH )<br>AND WELFARE PLAN; and        )<br>TEMPLE INLAND FOREST PRODUCTS )<br>CORPORATION;                       )<br>                                             )<br>     Defendants.                     ) | Civil Action No.:<br>2:07-CV-00486-MEF-SRW |

**PLAINTIFF'S CONFLICT DISCLOSURE STATEMENT**

Comes Now the Plaintiff pursuant to the Federal Rules of Civil Procedure 7.1, and this Court's General Order Miscellaneous Case No. 00-3047 and states as follows:

Plaintiff has no reportable relationships.

                                                      Respectfully submitted,

                                                      /s/ Thomas O. Sinclair
                                                      Thomas O. Sinclair
                                                      Attorney for Plaintiff

**OF COUNSEL:**
Campbell, Gidiere, Lee, Sinclair & Williams
Suite 450, 2100-A SouthBridge Parkway
Birmingham, AL 35209
(205) 803-0051

## CERTIFICATE OF SERVICE

  I hereby certify that on 28th day of November, 2007 I electronically filed the foregoing pleading with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Life Insurance**
**Company of North America**
Grace Robinson Murphy
William B. Wahlheim, Jr.
John David Collins
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL  35203-2602

            /s/ Thomas O. Sinclair
            OF COUNSEL