**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **CATHY CLEILAND,**    )<br>                                                  )<br>      **Plaintiff,**                          )<br>                                                  )<br> **v.**                                            )<br>                                                  )<br> **LIFE INSURANCE COMPANY OF NORTH** )<br> **AMERICA, TEMPLE-INLAND**       )<br> **DISABILITY HEALTH AND WELFARE** )<br> **PLAN, and TEMPLE INLAND FOREST** )<br> **PRODUCTS CORPORATION,**       )<br>                                                  )<br>      **Defendants.**                       ) | **CIVIL ACTION NO.**<br>**2:07-CV-00486-MEF-SRW** |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Life Insurance Company of North America ("LINA"), Temple-Inland Disability Health and Welfare Plan and TIN, Inc., formerly known as Temple Inland Forest Products Corporation (collectively "Defendants"), by and through their counsel, hereby move, pursuant to Rule 56 of the Fed.R.Civ.P., for an order of summary judgment in their favor on all counts in Plaintiff's Complaint, including Plaintiff's claim for long-term disability benefits. In support of this motion, Defendants rely upon the pleadings and the exhibits attached to the Evidentiary Submission, and their memorandum of law in support of summary judgment all filed contemporaneously with this motion. These materials and evidence establish that the material facts of this case are undisputed and that Defendants' motion for summary judgment is due to be granted as a matter of law.

Respectfully submitted by,

/s/ Grace Robinson Murphy
William B. Wahlheim, Jr.
John David Collins
Grace Robinson Murphy

Attorneys for Defendants,
Life Insurance Company of North America,
Temple Inland Disability Health and
Welfare Plan and TIN, Inc.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Thomas O. Sinclair
    Jenifer Champ Wallis

    /s/ Grace Robinson Murphy
    OF COUNSEL