IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CATHY CLEILAND; ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 2:07-CV-00486-MEF-SRW |
| LIFE INSURANCE COMPANY OF ) | |
| NORTH AMERICA; ) | |
| TEMPLE-INLAND DISABILITY ) | |
| HEALTH AND WELFARE PLAN; and ) | |
| TEMPLE INLAND FOREST PRODUCTS ) | |
| CORPORATION; ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW the Plaintiff, Cathy Cleiland, and files this Motion for Partial Summary Judgment. This Motion for Partial Summary Judgment is supported by an accompanying Brief in Support of Plaintiff's Motion for Partial Summary Judgment and Exhibits A-V attached thereto.

Life Insurance Company of North America's ("LINA") denial of Plaintiff's claim for Long Term Disability ("LTD") benefits was arbitrary and capricious as a matter of law. In addition, all Defendants failed to provide Plaintiff requested information within thirty (30) days of her request as is required by 29 U.S.C. § 1132(c).

1

Plaintiff therefore respectfully requests this Honorable Court grant partial summary judgment finding Defendant LINA's wrongful denial of plaintiff's claim for LTD benefits arbitrary and capricious. Plaintiff also respectfully requests this Honorable Court enter an order imposing a fine of $110 per day for every day each Defendant has been noncompliant with 11 U.S.C. § 1132(c).

/s/ Jenifer Champ Wallis
One of the Attorneys for Plaintiff

**OF COUNSEL:**
Thomas O. Sinclair
Jenifer Champ Wallis
CAMPBELL, GIDIERE, LEE, SINCLAIR & WILLIAMS
2100-A SouthBridge Parkway, Suite 450
Birmingham, AL 35209
T: (205) 803-0051
F: (205) 803-0053

## **CERTIFICATE OF SERVICE**

  The undersigned attorney certifies that on the 8th day of February, 2008, a copy of the foregoing was filed electronically using this Court's electronic filing system. Notice of this filing is due to be served by operation of the Court's electronic filing system to the following parties indicated on the electronic filing receipt as participants in the Courts CM/ECF system:

**Attorneys for Defendants**
William B. Wahlheim, Jr.
John David Collins
Grace Robinson Murphy
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL  35203-2602

               /s/Jenifer Champ Wallis
               Of Counsel