IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CATHY CLEILAND, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-486-MEF |
| ) | |
| LIFE INSURANCE COMPANY OF ) | |
| NORTH AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the defendants' Motion for Summary Judgment (Doc. #21) filed on February 8, 2008, it is hereby

ORDERED that the motion be submitted without oral argument on March 5, 2008.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before February 27, 2008. The defendants may file a reply brief on or before March 5, 2008.

***The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.***

DONE this 11th day of February, 2008.

                                                          /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE