IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CATHY CLEILAND, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )   CASE NO. 2:07-cv-486-MEF |
| | ) |
| LIFE INSURANCE COMPANY OF | ) |
| NORTH AMERICA, *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the plaintiff's Motion for Summary Judgment (Doc. #22) filed on February 8, 2008, it is hereby

ORDERED that the motion be submitted without oral argument on March 5, 2008.

It is further ORDERED that the defendants file a response which shall include a brief and any evidentiary materials on or before February 27, 2008. The plaintiff may file a reply brief on or before March 5, 2008.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this 11th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE