IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CATHY CLEILAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv486-MEF |
| ) | |
| LIFE INSURANCE COMPANY ) | |
| OF NORTH AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of plaintiff's motion to compel (Doc. # 28) filed February 26, 2008, and for good cause, it is

ORDERED that defendants shall file a response to the motion on or before March 4, 2008.

To the extent that any party contends that it needs additional time to brief the summary judgment motions as a result of the pending discovery dispute, it may file a motion to that effect for the district judge's consideration.

DONE, this 27th day of February, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE