IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CATHY CLEILAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv486-MEF |
| ) | |
| LIFE INSURANCE COMPANY ) | |
| OF NORTH AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of plaintiff's second motion to compel (Doc. # 33) and plaintiff's third motion to compel (Doc. # 34) filed February 28, 2008, and for good cause, it is

ORDERED that defendants shall file a response to the motions on or before March 6, 2008.

DONE, this 29th day of February, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE