**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| CATHY CLEILAND; ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 2:07-CV-00486-MEF-SRW |
| LIFE INSURANCE COMPANY OF ) | |
| NORTH AMERICA; ) | |
| TEMPLE-INLAND DISABILITY ) | |
| HEALTH AND WELFARE PLAN; and ) | |
| TEMPLE INLAND FOREST PRODUCTS ) | |
| CORPORATION; ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COMES NOW the Plaintiff, Cathy Cleiland, and files this Notice Concerning Settlement Conference and Mediation, pursuant to this Honorable Court's Uniform Scheduling Order (Doc. # 18-2). On February 29, 2008, the parties held a face-to-face settlement conference at the offices of Plaintiff's counsel. In attendance were Jenifer Champ Wallis and Thomas Sinclair for the Plaintiff and William Wahlheim for the Defendants. A settlement was not reached. It does not appear that mediation will assist the parties.

Respectfully submitted,
/s/ Jenifer Champ Wallis
Jenifer Champ Wallis

OF COUNSEL:
Thomas O. Sinclair (SIN018)
Jenifer Champ Wallis (WAL191)
CAMPBELL, GIDIERE, LEE, SINCLAIR & WILLIAMS, PC
2100-A SouthBridge Parkway, Suite 450
Birmingham, AL 35209
(205).803-0051
Fax: (205).803-0053

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 7th day of March, 2008 I electronically filed the foregoing pleading with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

Grace Robinson Murphy
William B. Wahlheim, Jr.
John David Collins
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL  35203-2602

        /s/Jenifer Champ Wallis
        Of Counsel