IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CATHY CLEILAND, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIFE INSURANCE COMPANY OF NORTH )<br>AMERICA, TEMPLE-INLAND )<br>DISABILITY HEALTH AND WELFARE )<br>PLAN, and TEMPLE INLAND FOREST )<br>PRODUCTS CORPORATION, )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:07-CV-00486-MEF-SRW |

**DEFENDANTS' NOTICE CONCERNING SETTLEMENT CONFERENCE
AND MEDIATION**

As a supplement to Plaintiff's Notice Concerning Settlement Conference and Mediation [Doc. 42], Defendants Life Insurance Company of North America, Temple-Inland Disability Health and Welfare Plan and Temple Inland Forest Products Corporation (collectively "Defendants") respectfully request an Order to the Magistrate Mediation Program[1]. Defendants believe that participating in a mediation would assist the parties, who have been unable to make progress on their own, and would materially advance the settlement prospects of this matter.

Respectfully submitted this 25th day of March, 2008,

s/ Grace Robinson Murphy_____
William B. Wahlheim, Jr.
John David Collins
Grace Robinson Murphy
Attorneys for Defendants

---

[1] Defendants have discussed the prospect of mediation with Plaintiff, but she opposes a request for an Order to Mediation.

Life Insurance Company of North America,
Temple Inland Disability Health and
Welfare Plan and TIN, Inc.

**OF COUNSEL**:
MAYNARD, COOPER AND GALE, P.C.
1901 6th Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
(205) 254-1000

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 25, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Thomas O. Sinclair
    Jenifer Champ Wallis

                                      s/ Grace Robinson Murphy.
                                      OF COUNSEL