IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CATHY CLEILAND, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-486-MEF |
| ) | |
| LIFE INSURANCE COMPANY OF ) | |
| NORTH AMERICA, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

The Court has considered the Plaintiff's Notice Concerning Settlement Conference and Mediation (Doc. # 42) and the Defendants' Notice Concerning Settlement Conference and Mediation (Doc. # 45). It is hereby ORDERED that the parties shall participate in a mediation before a Magistrate Judge of this Court. Said mediation shall be completed by no later than **July 31, 2008**. The Magistrate Judge to which is this case assigned is Magistrate Judge Susan Russ Walker. The parties are DIRECTED to jointly contact her assistant regarding scheduling of matters relating to the mediation.

DONE this 26th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE