IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CATHY CLEILAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07cv486-MEF |
| | ) | |
| LIFE INSURANCE COMPANY | ) | |
| OF NORTH AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of plaintiff's motions to compel and for protective order (Doc. # # 28, 33, and 34), and defendant's motion for protective order (Doc. # 41), it is

ORDERED that the motions are set for hearing on May 12, 2008 at 3:00 p.m. in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 18th day of April, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE