IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CATHY CLEILAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv486-MEF |
| ) | |
| LIFE INSURANCE COMPANY OF ) | |
| NORTH AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The court held a hearing on plaintiff's first motion to compel (Doc. # 28), plaintiff's second motion to compel (Doc. # 33), and plaintiff's third motion to compel (Doc. # 34) on May 12, 2008. During that hearing, and in anticipation of mediation set for July 22, 2008, counsel made substantial progress in discussing the settlement of this case. Accordingly, and for good cause, it is

ORDERED that the court will suspend any ruling on the pending motions for fifteen days from the date of this order to permit counsel an opportunity for further settlement discussion prior to any ruling. Counsel are DIRECTED to inform the court by telephone concerning their progress on or before May 28, 2008. At that time, if no settlement has been reached, the court will take the pending motions under submission. The date set for mediation (July 22, 2008) will remain in effect unless counsel are able to resolve the case prior to that time without the court's assistance.

DONE, this 13th day of May, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE