IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CATHY CLEILAND, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-486-MEF |
| ) | |
| LIFE INSURANCE COMPANY OF ) | |
| NORTH AMERICA, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

The Court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby

ORDERED that the parties file a joint stipulation of dismissal on or before August 6, 2008.

DONE this the 29th day of July, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE