IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CATHY CLEILAND; <br><br> Plaintiff, <br><br> v. <br><br> LIFE INSURANCE COMPANY OF <br> NORTH AMERICA; <br> TEMPLE-INLAND DISABILITY HEALTH <br> AND WELFARE PLAN; and <br> TEMPLE INLAND FOREST PRODUCTS <br> CORPORATION; <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No.: <br> ) 2:07-CV-00486-MEF-SRW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### JOINT MOTION FOR EXTENSION OF TIME

COME NOW all parties in this matter and respectfully request a seven (7) day extension from the deadline set forth in this Court's Order of July 29, 2008. (Doc. 51). As grounds therefore, the parties respectfully state as follows:

1. The parties successfully mediated this case before Magistrate Judge Susan Russ Walker on July 22, 2008.

2. The parties are working diligently to prepare a final settlement agreement acceptable to all involved.

3. Due to unavailability of counsel, the parties have not yet been able to reach final agreement on the terms of the settlement agreement and thus are unable to file a joint stipulation of dismissal as required by this Court's Order of July 29, 2008. In that Order, the Court required the parties to file a joint stipulation on or before today, August 6, 2008.

4.     The parties respectfully request that they be given until Friday, August 15, 2008, to file a joint stipulation of dismissal or otherwise notify the Court should the parties be unable to reach acceptable terms for all involved.

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request an extension of this Court's deadline and ask that it be reset to August 15, 2008.

Respectfully submitted this 6th day of August, 2008.

| | |
|---|---|
| /s/ *Thomas O. Sinclair* | /s/ *Grace Robinson Murphy* |
| Thomas O. Sinclair | Grace Robinson Murphy |
| Jennifer Champ Wallis | William B. Wahlheim, Jr. |
| Campbell, Gidiere, Lee, Sinclair & Williams | John David Collins |
| 2100A Southbridge Parkway | Maynard Cooper & Gale, P.C. |
| Suite 450 | 2400 AmSouth/Harbert Plaza |
| Birmingham, Alabama 35209 | 1901 Sixth Avenue North |
| Telephone: (205) 803-0051 | Birmingham, AL 35203-2602 |
| Facsimile: (205) 803-0053 | Telephone: (205) 254-1000 |
| E-Mail: tsinclair@cgl-law.com | Facsimile: (205) 254-1999 |
| jwallis@cgl-law.com | E-Mail: gmurphy@maynardcooper.com |
| | wwahlheim@maynardcooper.com |
| | jcollins@maynardcooper.com |