IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CATHY CLEILAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:07-cv-486-MEF |
| | ) | |
| LIFE INSURANCE COMPANY OF | ) | |
| NORTH AMERICA, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the Joint Motion for Extension of Time (Doc. #$52) filed on August 6, 2008, it is hereby

ORDERED that the motion is GRANTED to and including August 15, 2008.

DONE this the 6th day of August, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE