IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CATHY CLEILAND; | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No.: |
| | ) 2:07-CV-00486-MEF-SRW |
| LIFE INSURANCE COMPANY OF | ) |
| NORTH AMERICA; | ) |
| TEMPLE-INLAND DISABILITY HEALTH | ) |
| AND WELFARE PLAN; and | ) |
| TEMPLE INLAND FOREST PRODUCTS | ) |
| CORPORATION; | ) ) ) |
|     Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW all parties of record, by and through the undersigned counsel, and hereby stipulate to the dismissal, with prejudice, of this action. The parties will bear their own costs.

Respectfully submitted this 18th day of August, 2008.

/s/ Jenifer Champ Wallis
Thomas O. Sinclair
Jenifer Champ Wallis
Campbell, Gidiere, Lee, Sinclair & Williams
2100A Southbridge Parkway
Suite 450
Birmingham, Alabama 35209
Telephone: (205) 803-0051
Facsimile: (205) 803-0053
E-Mail: tsinclair@cgl-law.com
        jwallis@cgl-law.com

/s/ Grace R. Murphy
Grace Robinson Murphy
William B. Wahlheim, Jr.
John David Collins
Maynard Cooper & Gale, P.C.
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203-2602
Telephone: (205) 254-1000
Facsimile: (205) 254-1999
E-Mail: gmurphy@maynardcooper.com
       wwahlheim@maynardcooper.com
       jcollins@maynardcooper.com