**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 15, 2008

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style:** Cathy Cleiland **v.** Life Insuarnce Company of North America**, et al.**
**Case Number:** 2:07-cv-486-MEF

**Pleading : #54 - Joint Stipulation of Dismissal**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 8/15/2008 with the wrong pdf document attached.**

**The corrected pdf document is attached to this notice.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| CATHY CLEILAND;            ) | |
|         )    | |
|     Plaintiff,            )    | |
|     )    | |
| v.            )    | Civil Action No.: |
|     )    | 2:07-CV-00486-MEF-SRW |
| LIFE INSURANCE COMPANY OF            ) | |
| NORTH AMERICA;            ) | |
| TEMPLE-INLAND DISABILITY HEALTH            ) | |
| AND WELFARE PLAN; and            ) | |
| TEMPLE INLAND FOREST PRODUCTS            ) | |
| CORPORATION;            ) | |
|     )    | |
|     )    | |
|     Defendants.            )    | |

## JOINT STIPULATION OF DISMISSAL

COME NOW all parties of record, by and through the undersigned counsel, and hereby stipulate to the dismissal, with prejudice, of this action. The parties will bear their own costs.

Respectfully submitted this 15th day of August, 2008.

| | |
|---|---|
| /s/ *Jenifer Champ Wallis* | /s/ *Grace Robinson Murphy* |
| Thomas O. Sinclair | Grace Robinson Murphy |
| Jenifer Champ Wallis | William B. Wahlheim, Jr. |
| Campbell, Gidiere, Lee, Sinclair & Williams | John David Collins |
| 2100A Southbridge Parkway | Maynard Cooper & Gale, P.C. |
| Suite 450 | 2400 AmSouth/Harbert Plaza |
| Birmingham, Alabama 35209 | 1901 Sixth Avenue North |
| Telephone: (205) 803-0051 | Birmingham, AL  35203-2602 |
| Facsimile: (205) 803-0053 | Telephone: (205) 254-1000 |
| E-Mail:  tsinclair@cgl-law.com | Facsimile: (205) 254-1999 |
|       jwallis@cgl-law.com | E-Mail:  gmurphy@maynardcooper.com |
| |       wwahlheim@maynardcooper.com |
| |       jcollins@maynardcooper.com |